**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN HAMMLER, | No.  2:20-CV-0884-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 12, for an extension of time to file a first amended complaint.  Good cause appearing therefor, Plaintiff's motion is granted.  Plaintiff may file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  August 12, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE