**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN HAMMLER, | No. 2:20-CV-0884-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 16, to be provided a copy of his original complaint. The request is denied because the Court has already provided Plaintiff a courtesy copy of his original complaint. See ECF No. 15.

IT IS SO ORDERED.

Dated: October 12, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1