**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN HAMMLER, | No. 2:20-CV-0884-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On June 9, 2021, the Court issued an order addressing Plaintiff's original complaint. See ECF No. 11. The Court found that Plaintiff states a cognizable claim for retaliation against Defendant Pluschuk and a cognizable safety claim against Defendant Navarro. See id. at 3. The Court also found that Plaintiff's complaint failed to state any other claims against any other defendants. See id. Plaintiff was provided an opportunity to file a first amended complaint to cure the defects identified in the June 9, 2021, order. See id. at 10. Plaintiff was cautioned that, if he elected not to file a first amended complaint within the time provided, the action would proceed on the original complaint against Defendants Pluschuk and Navarro on the cognizable claims identified in the June 9, 2021, order. See id. On August 13, 2021, the Court granted Plaintiff a 30-day extension of time to file a first amended complaint.

See ECF No. 13.  On September 2, 2021, the Court granted Plaintiff a second 30-day extension of time to file a first amended complaint.  See ECF No. 15.  On October 12, 2021, the Court granted Plaintiff a third 30-day extension of time to file a first amended complaint.  See ECF No. 19.

On November 12, 2021, Plaintiff filed a "Notice to Stand and Go Forth on Claims Found Cognizable."  ECF No. 20.  The Court construes Plaintiff's notice as a request for voluntary dismissal of all claims and defendants other than Plaintiff's retaliation claim against Defendant Pluschuk and Plaintiff's safety claim against Defendant Navarro.  Because no answer or motion for summary judgment has been filed, leave of Court is not required and the action is dismissed on Plaintiff's notice as to all claims and defendants other than Plaintiff's retaliation claim against Defendant Pluschuk and Plaintiff's safety claim against Defendant Navarro.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to terminate the following as defendants to this action: (1) State of California, (2) California Department of Corrections and Rehabilitation, (3) R. Diaz, (4) K. Clark, (5) E. Parks, (6) M. Gamboa, (7) J. Gallagher, (8) C.S.P.S., (9) City of Corcoran, (10) City of Sacramento, (11) City of Represa, and (12) County of Sacramento.

IT IS SO ORDERED.

Dated:  December 8, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE