IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLEN HAMMLER,** | Case No. 2:20-cv-0884-DMC (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

    The California Attorney General's Office is specially appearing on behalf of Defendant J. Navarro in this matter to request a 28-day extension of time to file a waiver of service of process. Good cause appearing, the request is GRANTED. Defendant Navarro shall have an additional 28 days from the original deadline, up to March 17, 2022, to file a waiver of service of process.

    IT IS SO ORDERED.

Dated:  February 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1