**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN HAMMLER,<br><br>           Plaintiff,<br><br>     v.<br><br>J. NAVARRO, et al.,<br><br>           Defendants. | No.  2:20-CV-0884-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 27, for an order requiring preservation of evidence.

This case was filed in April 2020 and concerns events which allegedly occurred in 2018.  See ECF No. 1.  In the current motion, Plaintiff seeks an order directing that video surveillance camera footage from various dates in 2021 and 2022 be preserved.  See ECF No. 27. Plaintiff's motion is denied because Plaintiff makes no showing that the subject video footage from 2021 and 2022 is factually relevant to Plaintiff's claims relating to events in 2018. This

1 | Order is without prejudice to a further request upon a more compelling showing of need.

        IT IS SO ORDERED.

Dated: June 10, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE