IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | No. 2:20-CV-0884-TLN-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| J. NAVARRO, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 48, for an extension of time to file objections to the Court's November 9, 2022, findings and recommendations. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to difficulties accessing the prison law library, Plaintiff's motion is granted. The parties may file objections within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: December 9, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1