IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. NAVARRO, et al.,<br><br>    Defendants. | No.  2:20-CV-0884-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On November 9, 2022, the Court issued findings and recommendations and informed the parties that objections could be filed within 14 days. On December 9, 2022, the Court granted Plaintiff's request for an extension of time to file objections. On February 2, 2023, the Court issued an order deeming objections filed on December 22, 2022, to be timely. Upon closer inspection of the docket, the December 22, 2022, objections pertain to a case filed by Plaintiff which is pending in the United States District Court for the Central District of California, Hammler v. Franklin, et al., No. 2:19-CV-5525-JGB-SP. Because the objections on file do not pertain to the instant action, the February 2, 2023, order will be vacated as having been issued in error. The Court will sua sponte grant Plaintiff additional time to file objections to the November 9, 2022, findings and recommendations filed in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 2, 2023, order is vacated as having been issued in error;

2. Plaintiff is granted an extension of time to file objections to the Court's November 9, 2022, findings and recommendations; and

3. The parties may file objections within 30 days of the date of this order; and

4. This order resolved Plaintiff's motion for an extension of time at ECF No. 51.

Dated:  February 15, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE