UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. PLESHCHUK, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-0884-TLN-DMC<br><br>**ORDER** |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 9, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 9, 2022, are ADOPTED IN FULL;

2. Defendants' motion to revoke Plaintiff's in forma pauperis status (ECF No. 35) is GRANTED;

3. Plaintiff's motion for screening (ECF No. 46) and motion to file a sur reply (ECF No. 64) are DENIED AS MOOT;

4. This action is DISMISSED without prejudice to re-filing upon prepayment of fees therefor; and

5. The Clerk of the Court is directed to enter judgment and close this file.

DATE: May 10, 2023

Troy L. Nunley
United States District Judge